UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

    *Plaintiff*

CIVIL ACTION NO. 08-280-FJP-SCR

versus

TERRI L. LEWIS

    *Defendant*

## ORDER

Considering the parties' *Joint Motion for Entry of Consent Judgment*, and for good cause shown:

IT IS HEREBY ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that upon the Court's execution of the Consent Judgment, it shall be filed by the Clerk of Court in this action.

Baton Rouge, Louisiana, June 3, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA